UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SEAN DAIGLE, ET AL

VERSUS

SAFECO INSURANCE COMPANY
OF AMERICA, ET AL

CIVIL ACTION

NUMBER 12-159-BAJ-SCR

## RULING AND ORDER OF REMAND

The Court has carefully considered the motion to remand, the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 22, 2012 (doc. 34), to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to remand (doc. 33) is hereby **GRANTED**, and this matter is hereby **REMANDED** to the **Twenty-first Judicial District Court, Parish of Livingston, State of Louisiana.**

Baton Rouge, Louisiana, November 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

21st JDC